MAY 20 2025

CLERK'S OFFICE
DISTRICT COURT

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  2:25-cr-20296-SKD-EAS |
| Asim Ghafoor | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 5/20/2025

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Edward Bajoka
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*